# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3995

_____

| | | |
|---|---|---|
| Arlene Otis, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| City of Maplewood, Minnesota, | * | District of Minnesota. |
| | * | |
| Defendant, | * | [UNPUBLISHED] |
| | * | |
| Chief Keith Winger; Captain Mike | * | |
| Ryan; Lieutenant Banick; Lieutenant | * | |
| Tomalla, | * | |
| | * | |
| Appellees, | * | |
| | * | |
| Officer Herbert, Badge No. 439, | * | |
| | * | |
| Defendant, | * | |
| | * | |
| Bill Kebbe, Chief of Security of | * | |
| Maplewood Mall, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: July 9, 2001
Filed: July 16, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Arlene Otis appeals the district court's[1] dismissal of her civil lawsuit for failure to comply with a discovery order. Having carefully reviewed the record, we conclude the district court did not abuse its discretion in dismissing certain defendants as to whom Otis failed to provide requested information, and ultimately dismissing the entire case when Otis failed to comply with a discovery order. See Schoffstall v. Henderson, 223 F.3d 818, 823 (8th Cir. 2000) (district court may dismiss case for willful violation of order compelling discovery, if opposing party is prejudiced by violation).

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Franklin L. Noel, Chief United States Magistrate Judge for the District of Minnesota.